IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ALAN JAMES BELL                                                           PLAINTIFF

V.                         CASE NO. 5:15-CR-05018

SOUTHERN HEALTH PARTNERS, INC.;
NURSE MILES; NURSE R. TYRANNY;
NURSE PEGGY; and NURSE JANET                                   DEFENDANTS

## ORDER

On August 6, 2015, the Honorable Erin L. Setser, Magistrate Judge for the Western District of Arkansas, filed a Report and Recommendation ("R & R") (Doc. 11), explaining why claims against Defendants Nurse R. Tyranny, Nurse Peggy, and Nurse Janet should be dismissed prior to the service of the Amended Complaint. Plaintiff Alan James Bell had alleged that these three nurses failed to wear gloves when administering medication to him. As explained in the R & R, "the mere failure to wear gloves does not constitute a claim of constitutional dimension" pursuant to 42 U.S.C. § 1983.  (Doc. 11, p. 3).

Bell filed an Objection (Doc. 14) to the R & R on August 17, 2015.  In the Objection, he does not provide a basis in fact or law as to why the Court should decline to adopt the Magistrate Judge's R & R.  He merely explains with greater detail why he believes the nurses did not wear gloves when administering his medication.  The Objection is therefore overruled.

**IT IS ORDERED** that the R & R (Doc. 11) is **ADOPTED IN ITS ENTIRETY**, and claims against Defendants Nurse R. Tyranny, Nurse Peggy, and Nurse Janet are **DISMISSED WITHOUT PREJUDICE** for failure to state a claim.

**IT IS SO ORDERED** this 2nd day of October, 2015.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE